■ Jeff Coniber, Doing Business as Jeff Coniber Trucking, Respondent, v Center Point Transfer Station, Inc., et al., Appellants. (Appeal No. 1.) [999 NYS2d 911]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered April 29, 2013. The order, insofar as appealed from, denied in part the motion of defendants to compel discovery responses.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Smith, J.P., Fahey, Whalen and DeJoseph, JJ.